[No. 43257-5-I.    Division One.    March 20, 2000.]

SONDRA GOEHLE, *Appellant*, v. FRED HUTCHINSON CANCER RESEARCH CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-27055-5, Carol A. Schapira, J., entered June 26, 1998. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Baker, JJ. Now published at 100 Wn. App. 609.

[No. 43863-8-I.    Division One.    March 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON BERAS-CALLETANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05408-7, Norma Smith Huggins, J., entered December 14, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44017-9-I.    Division One.    March 20, 2000.]

CHARLES BENTON, ET AL., *Appellants*, v. ERIC P. DALTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-28155-3, George A. Finkle, J., entered December 15, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Appelwick, JJ.

[No. 44356-9-I.    Division One.    March 20, 2000.]

KARIS R. RICKETTS, CPA, *Appellant*, v. WASHINGTON STATE BOARD OF ACCOUNTANCY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-16612-6, Stephen M. Gaddis, J. Pro Tem., entered March 10, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Becker and Ellington, JJ.